UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEBORAH COULTER and RICKY SHAW,**

    **Plaintiffs,**

v.       Case No: 8:18-cv-2761-MSS-CPT

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 8, 2021, the Parties filed a Joint Notice of Settlement Pursuant to Local Rule 3.08, informing the Court that the above-captioned case was settled. (Dkt. 53) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.08(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of January 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party